# **INDEX OF ATTACHMENTS**

    Page

Attachment A: Declaration of Professor Kelly Lytle Hernandez ................................. 1

Attachment B: Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1926) .............................................................................. 9

Attachment C: Congressional Record - House 3614 (February 16, 1929) ................ 100

Attachment D: Congressional Record - House 5887 (April 8, 1924) ........................ 109

Attachment E: Congressional Record - House 2818 (February 9, 1928) .................. 125

Attachment F: Congressional Record - House 2462 (February 3, 1928) ................... 128

Attachment G: Immigration Committee Report (January 12, 1926) ......................... 131

Attachment H: Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929) ................................................................................................... 167

Attachment I: Congressional Record - Senate 5094 (January 23, 1929) ................... 170

Attachment J: House Report No. 2397, "Deportation of Aliens" (February 6, 1929) 172

Attachment K: Congressional Record - House 3525 (February 15, 1929) ................ 187

Attachment L: 70th Cong., Sess. II, Chap. 690 (March 4, 1929) .............................. 200

Attachment M: Curriculum Vitae of Professor Kelly Lytle Hernández ..................... 203

Attachment N: Curriculum Vitae of Professor Benjamin Gonzalez O'Brien ............ 219